RBS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KELLY LUCAS,

    Plaintiff,

v.                                            NO. 11-CV-4417

LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON, et al.

    Defendants.

FILED
SEP 09 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## STIPULATION FOR AN EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE PLEAD

Pursuant to Local Rule 7.4(b)(2), Defendants Geisinger System Services ("GSS"), Liberty Life Assurance Co. of Boston, and Liberty Mutual Group, as well as Plaintiff, by and through their respective counsel, stipulate and agree as follows:

1. According to the Court's electronic docket, the deadline for GSS to respond to Plaintiff's Complaint is September 13, 2011.

2. GSS may obtain a thirty (30) day extension for GSS to answer, move, or otherwise plead in response to Plaintiff's Complaint.

3. No such prior extension has been granted.

IT IS HEREBY STIPULATED AND AGREED that the time for GSS to answer, move, or otherwise plead in response to Plaintiff's Complaint will be extended by thirty (30) days to October 13, 2011.

/s/ Amy Bucher
Amy S. Bucher

LAW OFFICE OF JON C. LYONS
Suite 205, 53 North Duke Street
Lancaster, PA 17602
amy@lyonsdisabilitylaw.com

Attorney for Plaintiff Kelly Lucas

/s/ Daniel T. Brier
Daniel T. Brier
Jason Asbell

MYERS, BRIER & KELLY, LLP
Suite 200, 425 Spruce Street
Scranton, PA  18503
dbrier@mbklaw.com

Attorneys for Defendant Geisinger System Services

/s/ James P. Hollihan
James P. Hollihan

DUANE MORRIS LLP
Suite 5010, 600 Grant Street
Pittsburgh, PA 15219-2802
JPHollihan@duanemorris.com

Attorney for Defendants Liberty Life Assurance Company of Boston and Liberty Mutual Group

ENTERED
SEP 12 2011
CLERK OF COURT

GRANTED ON: 7/9/11

_____
R. BARCLAY SURRICK          J.

2

```
MODE = MEMORY TRANSMISSION            START=SEP-09 16:29    END=SEP-09 16:33

    FILE NO.=670

STN NO.   COMM.   ABBR NO.   STATION NAME/TEL. NO.   PAGES      DURATION

  001      OK        #         17173976275          003/003    00:00:52
  002      OK        #         15703426147          003/003    00:00:33
  003      OK        #         14124971001          003/003    00:00:30


                                                   - JUDGE R. BARCLAY SURRICK -
```

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA
8614 UNITED STATES COURTHOUSE
INDEPENDENCE MALL WEST
SIXTH AND MARKET STREETS
PHILADELPHIA, PENNSYLVANIA 19106-1741

*Chambers of*
*R. BARCLAY SURRICK*
*United States District Judge*

(267) 299-7620

September 9, 2011

To:   Amy S. Bucher, Esquire
      53 N. Duke Street
      Suite 205
      Lancaster, Pennsylvania 17602103
      Email: amy@lyonsdisabilitylaw.com
      Fax: 717-397-6275

      Daniel T. Brier, Esquire
      Jason Asbell, Esquire
      MYERS, BRIER & KELLY, LLP
      Suite 200, 425 Spruce Street
      Scranton, Pennsylvania 18503
      Email: dbrier@mbklaw.com
      Fax: 570-342-6147

      James P. Hollihan, Esquire
      DUANE MORRIS LLP
      Suite 5010, 600 Grant Street
      Pittsburgh, Pennsylvania 15219
      Email: JPHollihan@duanemorris.com
      Fax: 412-497-1001

Re:   *Kelly Lucas v. Liberty Life Assurance Company of Boston*
      *Civil Action No. 11-4417*

      Memo:   Signed Stipulation to follow.

Via Fax: Three (3) pages transmitted to include this cover page.