UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KELLY LUCAS,

    Plaintiff,

vs.

LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON, LIBERTY MUTUAL GROUP,
GEISINGER SYSTEM SERVICES,
GEISINGER LONG-TERM DISABILITY PLAN,
GEISINGER LONG-TERM DISABILITY POLICY,
and GEISINGER HEALTH SYSTEMS

    Defendants.

CIVIL ACTION NUMBER:
11-4417

## STIPULATION OF DISMISSAL

AND NOW, this 21st day of September, 2011, Plaintiff Kelly Lucas hereby agrees to voluntarily dismiss her action against defendants Geisinger System Services, Geisinger Long-Term Disability Plan, Geisinger Long-Term Disability Policy, and Geisinger Health Systems, with prejudice, pursuant to Fed. R. Civ. P. 41(a).

_____
Amy S. Bucher, Esquire
Attorney for Plaintiff Kelly Lucas
53 N. Duke Street, Suite 205
Lancaster, PA 17602
717-393-3647

_____
Jason Asbell, Esquire
Myers, Brier & Kelly, LLP
425 Spruce Street, Suite 200
Scranton, PA 18503
570-342-6100

{00020276}

Fax: 717-397-6275
amy@lyonsdisabilitylaw.com

Fax: 570-342-6147
jasbell@mbklaw.com

Attorney for Defendant
Geisinger System Services

/s/ James P. Hollihan
James P. Hollihan
DUANE MORRIS LLP
Suite 5010, 600 Grant Street
Pittsburgh, PA 15219-2802
JPHollihan@duanemorris.com

Attorney for Defendants Liberty Life Assurance Company of Boston and Liberty Mutual Group

{00020276}