


UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KELLY LUCAS,

    Plaintiff,

vs.

LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON, LIBERTY MUTUAL GROUP,
GEISINGER SYSTEM SERVICES,
GEISINGER LONG-TERM DISABILITY PLAN,
GEISINGER LONG-TERM DISABILITY POLICY,
and GEISINGER HEALTH SYSTEMS

    Defendants.

CIVIL ACTION NUMBER:
11-4417

FILED
SEP 26 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## STIPULATION OF DISMISSAL

AND NOW, this 26th day of September, 2011, Plaintiff Kelly Lucas hereby agrees to voluntarily dismiss her action against defendants Geisinger System Services, Geisinger Long-Term Disability Plan, Geisinger Long-Term Disability Policy, and Geisinger Health Systems, with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Amy S. Bucher, Esquire
Attorney for Plaintiff Kelly Lucas
53 N. Duke Street, Suite 205
Lancaster, PA 17602
717-393-3647

Jason Asbell, Esquire
Myers, Brier & Kelly, LLP
425 Spruce Street, Suite 200
Scranton, PA 18503
570-342-6100

{00020276}

Fax: 717-397-6275
amy@lyonsdisabilitylaw.com

Fax: 570-342-6147
jasbell@mbklaw.com

Attorney for Defendant
Geisinger System Services

/s/ James P. Hollihan
James P. Hollihan
DUANE MORRIS LLP
Suite 5010, 600 Grant Street
Pittsburgh, PA 15219-2802
JPHollihan@duanemorris.com

Attorney for Defendants Liberty Life
Assurance Company of Boston and
Liberty Mutual Group

APPROVED BY THE COURT:

_____
R. BARCLAY SURRICK    J.

9/26/11
DATED

ENTERED
       2011
CLERK OF COURT

{00020276}

```
*************** -COMM. JOURNAL- *************** DATE SEP-26-2011 ***** TIME 16:33 ********

            MODE = MEMORY TRANSMISSION          START=SEP-26 16:24     END=SEP-26 16:33

            FILE NO.=956

         STN NO.   COM.    ABBR NO.   STATION NAME/TEL NO.   PAGES    DURATION

            001     OK        #          17173976275         003/003  00:03:58
            002     OK        #          15703426147         003/003  00:00:33
            003     OK        #          14124971001         003/003  00:01:55


                                                            -JUDGE R. BARCLAY SURRICK -
*************************************** -    - **** -            - ************
```

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA
### 8614 UNITED STATES COURTHOUSE
### INDEPENDENCE MALL WEST
### SIXTH AND MARKET STREETS
### PHILADELPHIA, PENNSYLVANIA 19106-1741

*Chambers of*
**R. BARCLAY SURRICK**
*United States District Judge*

(267) 299-7639

September 26, 2011

To:   **Amy S. Bucher, Esquire**
      53 N. Duke Street
      Suite 205
      Lancaster, Pennsylvania 17602103
      Email: amy@lyonsdisabilitylaw.com
      Fax: 717-397-6275

      **Daniel T. Brier, Esquire**
      Jason Asbell, Esquire
      MYERS, BRIER & KELLY, LLP
      Suite 200, 425 Spruce Street
      Scranton, Pennsylvania 18503
      Email: dbrier@mbklaw.com
      Fax: 570-342-6147

      **James P. Hollihan, Esquire**
      DUANE MORRIS LLP
      Suite 5010, 600 Grant Street
      Pittsburgh, Pennsylvania 15219
      Email: JPHollihan@duanemorris.com
      Fax: 412-497-1001

Re:   *Kelly Lucas v. Liberty Life Assurance Company of Boston*
      *Civil Action No. 11-4417*

      Memo:   Signed Stipulation to follow.

**Via Fax:** Three (3) pages transmitted to include this cover page.