IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KELLY LUCAS                          :
                                     :        CIVIL ACTION
          v.                         :
                                     :        NO. 11-4417
LIBERTY LIFE ASSURANCE               :
COMPANY OF BOSTON ET AL.             :

**FILED**
DEC 12 2011
MICH... KUNZ, Clerk
By... Dep. Clerk

## O R D E R

**AND NOW**, this _15th_ day of _December_, 2011, upon consideration of

Plaintiff Kelly Lucas's Motion for Discovery, and all papers submitted in support thereof and in

opposition thereto, it is **ORDERED** that the Motion be **GRANTED IN PART** and **DENIED IN**

**PART** as follows:

1.  Plaintiff may take one deposition of Defendants' Appeal Review Consultant,

    Stephanie Berry, on the subjects of (i) why Berry relied upon a peer review

    opinion of Plaintiff's disability and ignored two prior independent medical

    examinations finding Plaintiff disabled and a functional capacity examination that

    determined that Plaintiff bad less than sedentary capacity, (ii) why Berry ignored

    Plaintiffs' treating doctors' opinions and (iii) why Berry failed to address

    Plaintiff's unchanged back condition.

2.  In all other respects, the Motion is **DENIED**.

**IT IS SO ORDERED.**

                                     **BY THE COURT:**

                                     **R. BARCLAY SURRICK, J.**

Faxed to A. Bucher
Email to A. Wolgemuth
12/13/11