IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KELLY LUCAS | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 11-4417 |
| LIBERTY LIFE ASSURANCE | : |
| COMPANY OF BOSTON, ET AL. | : |

**SURRICK, J.**                                                                       MARCH 28, 2014

**ORDER**

AND NOW, this 28th day of March, 2014, upon consideration of Plaintiff Kelly Lucas's and Defendant Liberty Life Assurance Company of Boston's Cross Motions for Summary Judgment (ECF Nos. 23, 27), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. Plaintiff Kelly Lucas's Motion for Summary Judgment is **DENIED** (ECF No. 23).

2. Defendant Liberty Life Assurance Company of Boston's Motion for Summary Judgment is **GRANTED** (ECF No. 27).

3. Judgment is entered in favor of the Defendants and against Plaintiff.

4. The clerk is directed to mark this matter **CLOSED**.

BY THE COURT:

R. BARCLAY SURRICK, J.